IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

NOV 15 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DANIEL KING, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-00-1638 |
| | § | |
| JOHN B. H0LMES, JR., et al., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND RECOMMENDATIONS

Pending before the Court is the parties' Stipulation of Dismissal (Entry #144). The parties indicate that they have settled their dispute and request that the claims of all parties be dismissed without prejudice with respect to the allegations against Sheriff Tommy Thomas, Harris County and Harris County Commissioners relating to the implementation of the collect call telephone system utilized by inmates in Harris County Jail facilities; and, that all other remaining claims of all parties be dismissed with prejudice. It is, therefore,

**RECOMMENDED** in light of the parties' Stipulation of Dismissal (Entry #144), that an Order of Dismissal be entered, dismissing this matter from the dockets of the Court without prejudice all claims against Sheriff Tommy Thomas, Harris County and Harris County Commissioners relating to the implementation of the collect call telephone system utilized by inmates in Harris County facilities; and that all other remaining claims of all parties be dismissed with prejudice.

The Clerk of Court shall file this Memorandum and Recommendations and provide the

#14C

parties with a true copy.

**SIGNED** at Houston, Texas on this the 14th day of November, 2001.

Calvin Botley
United States Magistrate Judge